# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Galen Lloyd Houser,<br><br>          Plaintiff,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>          Defendants. | No. CV-13-00200-PHX-GMS<br><br>**ORDER** |

      Before the Court is Magistrate Judge James F. Metcalf's Report and Recommendation (R&R) regarding the dismissal of unserved Defendants from this case. (Doc. 344.) In his Response, Plaintiff makes no objections to the findings and recommendations contained in the R&R. (Doc. 348.)

      **IT IS THEREFORE ORDERED** that the R&R (Doc. 344) is **ACCEPTED.**

      **IT IS FURTHER ORDERED** that Defendant Jane Doe Night Nurse be **DISMISSED** without prejudice.

      Dated this 19th day of March, 2015.

*/s/ G. Murray Snow*
Honorable G. Murray Snow
United States District Judge